**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 11, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00269-CV

---

## IN RE TOM WRIGHT CONSTRUCTION, LLC D/B/A BUILT WRIGHT CONSTRUCTION AND TOM WRIGHT, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**506th Judicial District Court**
**Waller County, Texas**
**Trial Court Cause No. 17-02-24157**

---

## MEMORANDUM OPINION

On May 14, 2021, relator Tom Wright Construction, LLC d/b/a Built Wright Construction ("Built Wright") filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Tom Wright, Individually, joined in the petition on May 24, 2021. In the petition, relators asks this court to compel the Honorable Gary W. Chaney, presiding judge of the 506th

Judicial District Court of Waller County, to set aside his May 5, 2021 order compelling discovery of certain financial information.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also lift our May 25, 2021 stay.

PER CURIAM

Panel consists of Justices Bourliot, Poissant, and Wilson.